**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**DENNIS DOBBS,**                                                                 **PLAINTIFF**

**V.**                                                                 **NO. 4:07CV190-P-B**

**CANTEEN CATERING SERVICE, et al.,**                                          **DEFENDANTS**

**ORDER DENYING MOTION FOR TRANSFER**

This matter is before the court, *sua sponte*, for consideration. Plaintiff, an inmate, has submitted a *pro se* motion for an intra-district transfer. This case was removed from state court to the Northern District of Mississippi, Greenville Division. Without explanation, Plaintiff would apparently prefer that the case be transferred to the Eastern Division. The court finds that Plaintiff's motion is not well taken.

THEREFORE, Plaintiff's motion for transfer (docket entry 11) is DENIED.

THIS the 28th day of November, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE
