**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**DENNIS DOBBS,**                                                        **PLAINTIFF**

**V.**                                               **NO. 4:07CV190-P-B**

**CANTEEN CATERING SERVICE, et al.,**                      **DEFENDANTS**

## ORDER DENYING MOTION

Plaintiff filed this 42 U.S.C. § 1983 action in state court. Defendants removed the matter on November 14, 2007. On November 26, 2007, Plaintiff filed a motion for an intra-district transfer. The motion was denied on November 29, 2007.

December 10, 2007, Plaintiff filed a notice of appeal along with a motion for reconsideration of the denial of the transfer. Since the motion was filed within ten days of the order, the court will treat it as a motion for amendment of judgment pursuant to Federal Civil Procedure Rule 59.

In the instant motion, Plaintiff provides some supportive argument for the proposed transfer. The court, however, remains unpersuaded by his logic. THEREFORE, it is hereby ORDERED that Plaintiff's motion for reconsideration (docket entry 28) is DENIED.

SO ORDERED, this the 12th day of December, 2007.

                                                                 /s/ W. Allen Pepper, Jr.
                                                                  W. ALLEN PEPPER, JR.
                                                                 UNITED STATES DISTRICT JUDGE