**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**DENNIS DOBBS,** PLAINTIFF

**V.** NO. 4:07CV190-P-B

**CANTEEN CATERING SERVICE, et al.,** DEFENDANTS

## ORDER DENYING MOTION FOR DEFAULT JUDGMENT

Plaintiff is an inmate proceeding *pro se* in this case. His complaint was filed on October 15, 2007, in state court. The matter was subsequently removed to this court on November 14, 2007. Defendant Byrd filed his answer on November 21, 2007. In accordance with the court's order of November 26, 2007, the remaining Defendants filed a consolidated answer on December 17, 2007.

Plaintiff recently filed a motion for default judgment. Since each Defendant has answered the complaint, Plaintiff's motion (docket entry 37) is DENIED.

**SO ORDERED**, this the 7th day of January, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE