IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DENNIS DOBBS,** **PLAINTIFF**

**V.** **NO. 4:07CV190-P-B**

**CANTEEN CATERING SERVICE, et al.,** **DEFENDANTS**

## FINAL JUDGMENT

Pursuant to a memorandum opinion issued this day, it is hereby ORDERED that

(1) Defendants' motion for summary judgment (docket entry 47) is GRANTED;

(2) Plaintiff's claims shall be DISMISSED with prejudice;

(3) Plaintiff's motions to amend (docket entries 17 and 55) are DENIED;

(4) Plaintiff's motions to appoint counsel (docket entries 23 and 42) are DENIED;

(5) Dennis Dobbs shall not be permitted to file any civil matter in this court without proof of payment of the sanctions assessed in *Dobbs v. State of Mississippi*, 1:05MC004; *Dobbs v. Medlin*, 1:05MC019; and *Dobbs v. MDOC*, 1:05MC020;

(6) Plaintiff is additionally BARRED from filing any lawsuit or civil action in this court and from filing any civil action in any other court that is removable or transferable to this court, without first paying the outstanding sanctions *and* obtaining written permission from a United States District Judge. If Plaintiff files a motion for leave to file a new complaint, the proposed complaint must be attached to the motion, and any such motion for leave should be filed as a miscellaneous case and submitted to an Article III judge for review;

(7) if Plaintiff seeks to appeal this dismissal, his notice of appeal must be accompanied by the appeal fee of $455.00;

(8) the bars imposed by this Order will be effective until the Order has been vacated or set aside by an appellate court;

(9) other than an appeal of this order and the possible imposition of additional sanctions, any pleadings or correspondence submitted by Dobbs will neither be filed or acknowledge; and

(10) this matter is CLOSED.

THIS the 18th day of April, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE